IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC - GREENBELT
'26 NOV 6 PM3:16

JOHN ALRIDGE

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

MONTGOMERY COUNTY
EXECUTIVE OFFICE

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. DLB 26 CV 4645
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JOHN ALRIDGE |
| Street Address | 100 S university Blvd East |
| City and County | Silver Spring M.D |
| State and Zip Code | 20903 |
| Telephone Number | 202-246-1241 |
| E-mail Address | John.alridge@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Montgomery County |
| Job or Title (if known) | Executive office |
| Street Address | 101 Monroe Street |
| City and County | Rockville |
| State and Zip Code | Maryland 20850 |
| Telephone Number | 240-777-2550 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | ______________________ |
| Job or Title (if known) | ______________________ |
| Street Address | ______________________ |
| City and County | ______________________ |
| State and Zip Code | ______________________ |
| Telephone Number | ______________________ |
| E-mail Address (if known) | ______________________ |

Defendant No. 3

| | |
|---|---|
| Name | ______________________ |
| Job or Title (if known) | ______________________ |
| Street Address | ______________________ |
| City and County | ______________________ |
| State and Zip Code | ______________________ |
| Telephone Number | ______________________ |
| E-mail Address (if known) | ______________________ |

Defendant No. 4

| | |
|---|---|
| Name | ______________________ |
| Job or Title (if known) | ______________________ |
| Street Address | ______________________ |
| City and County | ______________________ |
| State and Zip Code | ______________________ |
| Telephone Number | ______________________ |
| E-mail Address (if known) | ______________________ |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Section 1983
FIRST Amendment
14 Amendment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ________________________, is a citizen of the State of *(name)* ________________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________________________, is incorporated under the laws of the State of *(name)* ________________________, and has its principal place of business in the State of *(name)* ________________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. *Or* is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* Montgomery County Executive office, is incorporated under the laws of the State of *(name)* MCPS, and has its principal place of business in the State of *(name)* MCPS. *Or* is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

I LOST MY CAREER to defamation of Chalacter. Relief in Amount of 7 million is Requested

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was a substitute teacher in Montgomery County Schools MCPS and was offer a permanent substitute Job, On November 7, 2025 MCPS said I was under investigation for photos on FaceBook and 15 criminal charges. These 15 criminal charges were false and Because I'm Black nobody really investigated charges or photo's. I was Told I was Banned for Life at Forest Knows Elementary school But I could work anywhere else. Teaching is small community They ruin my career and Name.

**IV. Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I'm Requesting Seven Million in Damages as Relief to defamation of Character and Ruining my Career

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-6, 2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff JOHN AIRIDOT

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: __________, 20__.

Signature of Attorney ____________________

Printed Name of Attorney ____________________

Bar Number ____________________

Name of Law Firm ____________________

Address ____________________

Telephone Number ____________________

Email Address ____________________